[jiffyord] [Bench Order +]

ORDERED.

Dated: February 05, 2021

_____
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Qvesoir Tampa Limited Liability Company

Case No.
8:21−bk−00490−CPM
Chapter 11

_____Debtor*_____/

### ORDER GRANTING ORE TENUS MOTION TO DISMISS CASE

THIS CASE came on for hearing on February 5, 2021 , for consideration of the **Ore Tenus Motion to Dismiss Case** (Doc. **15** ), filed by **Jaimon H Perry on behalf of Debtor Qvesoir Tampa Limited Liability Company** .

For the reasons stated orally and recorded in open court, the Ore Tenus Motion to Dismiss Case is Granted .

The Court reserves jurisdiction to entertain any motion concerning the conduct, required disclosures, or action or inaction of the debtor's counsel

The Court in its discretion may file written findings of facts and conclusions of law at a later date.

Service Instructions:

The Clerk's office is directed to serve a copy of this order on all parties.

Approved for entry.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.